UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMITH ROCKE LTD.,<br><br>         Plaintiff,<br>  v.<br><br>REPÚBLICA BOLIVARIANA DE VENEZUELA, SUPERINTENDENCIA DE LAS INSTITUCIONES DEL SECTOR BANCARIO f/k/a/ SUPERINTENDENCIA DE BANCOS Y OTRAS INSTITUCIONES FINANCIERAS, FONDO DE PROTECCIÓN SOCIAL DE LOS DEPÓSITOS BANCARIOS f/k/a FONDO DE GARANTÍA DE DEPOSITOS Y PROTECCIÓN BANCARIA, RAFAEL JOSÉ MORENO FRANCO, ROSA MARÍA JIMÉNEZ URRUTIA, and JUNTA ADMINISTRADORA DE CREDICAN, C.A.,<br><br>         Defendants. | Civil Action No. 12-CV-7316 (VM) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned is admitted to practice in this court and hereby appears in the above-captioned action on behalf of plaintiff Smith Rocke Ltd.

Dated:  October 10, 2012        Respectfully submitted,

                   /s/ Marcelo M. Blackburn

                  Marcelo M. Blackburn
                  CHADBOURNE & PARKE, LLP
                  30 Rockefeller Plaza
                  New York, NY 10112
                  Tel:  212.408.5100
                  Fax:  646.710.8050
                  mblackburn@chadbourne.com