USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SMITH ROCKE LTD.,
                    Plaintiff,

v.

REPÚBLICA BOLIVARIANA DE VENEZUELA,
SUPERINTENDENCIA DE LAS INSTITUCIONES
DEL SECTOR BANCARIO f/k/a/
SUPERINTENDENCIA DE BANCOS Y OTRAS
INSTITUCIONES FINANCIERAS, FONDO DE
PROTECCIÓN SOCIAL DE LOS DEPÓSITOS
BANCARIOS f/k/a FONDO DE GARANTÍA DE
DEPOSITOS Y PROTECCIÓN BANCARIA,
RAFAEL JOSE MORENO FRANCO, ROSA
MARÍA JIMÉNEZ URRUTIA, and JUNTA
ADMINISTRADORA DE CREDICAN, C.A.,

                    Defendants.

Civil Action No. 12-CV-7316 (VM)

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Michael Socarras, for admission to practice Pro Hac Vice in the above captioned case is granted.

Applicant has declared that he is a member in good standing of the bars of the state of Missouri and the District of Columbia; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Michael P. Socarras |
| Firm Name: | Chadbourne & Parke, LLP |
| Address: | 1200 New Hampshire Ave., N.W. |
| City / State / Zip: | Washington, D.C. 20036 |
| Telephone / Fax: | 202-974-5610 / 202-974-6502 |
| E-Mail: | msocarras@chadbourne.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Plaintiff Smith Rocke Ltd. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Date: 12 October 2012

The Honorable Victor Marrero
United States District Judge