UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMITH ROCKE LTD., <br><br> Plaintiff, <br><br> v. <br><br> REPÚBLICA BOLIVARIANA DE VENEZUELA, SUPERINTENDENCIA DE LAS INSTITUCIONES DEL SECTOR BANCARIO f/k/a/ SUPERINTENDENCIA DE BANCOS Y OTRAS INSTITUCIONES FINANCIERAS, FONDO DE PROTECCIÓN SOCIAL DE LOS DEPÓSITOS BANCARIOS f/k/a FONDO DE GARANTÍA DE DEPOSITOS Y PROTECCIÓN BANCARIA, RAFAEL JOSÉ MORENO FRANCO, ROSA MARÍA JIMÉNEZ URRUTIA, and JUNTA ADMINISTRADORA DE CREDICAN, C.A., <br><br> Defendants. | Civil Action No. 12-CV-7316 (VM) <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Smith Rocke Ltd. (a private non-governmental party) certifies that there is no parent corporation or publicly-held corporation that owns more than 10% of its stock.

Dated:  October 24, 2012

Respectfully submitted,

 /s/ Michael P. Socarras

Michael P. Socarras
CHADBOURNE & PARKE, LLP
1200 New Hampshire Ave., N.W.
Washington, D.C. 20036
Tel:   202-974-5610
Fax:   202-974-6502
msocarras@chadbourne.com

*Attorneys for Plaintiff Smith Rocke Ltd.*