

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SMITH ROCKE LTD.,

                Plaintiff,

v.

REPÚBLICA BOLIVARIANA DE VENEZUELA,
SUPERINTENDENCIA DE LAS INSTITUCIONES
DEL SECTOR BANCARIO f/k/a/
SUPERINTENDENCIA DE BANCOS Y OTRAS
INSTITUCIONES FINANCIERAS, FONDO DE
PROTECCIÓN SOCIAL DE LOS DEPÓSITOS
BANCARIOS f/k/a FONDO DE GARANTÍA DE
DEPOSITOS Y PROTECCIÓN BANCARIA,
RAFAEL JOSÉ MORENO FRANCO, ROSA
MARÍA JIMÉNEZ URRUTIA, and JUNTA
ADMINISTRADORA DE CREDICAN, C.A.,

                Defendants.

Civil Action No. 12-CV-7316 (VM)

**ORDER FOR
SERVICE OF PROCESS ABROAD**

Upon consideration of Plaintiff Smith Rocke Ltd.'s Notice of Motion for Order Directing Service of Process Abroad, the Declaration of Michael P. Socarras, sworn to on October 12, 2012, and the accompanying Memorandum of Law, and sufficient cause appearing therefore, it is, hereby

**ORDERED** that service of process on Defendant República Bolivariana de Venezuela ("Venezuela") shall be effected pursuant the means provided in 28 U.S.C. § 1608(a)(3). It is further, hereby

**ORDERED** that service of process on Defendants Superintendencia de las Instituciones del Sector Bancario ("Sudeban"), Fondo de Protección Social de los Depósitos Bancario

("Fogade"), and Junta Administradora de Credican, C.A. ("Junta Administradora") shall be effected by the means provided in 28 U.S.C. §§ 1608(a)(3) and (b)(3)(B). It is further, hereby

**ORDERED** that the Clerk of this Court shall issue summons to Defendants Venezuela, Sudeban, Fogade and Junta Administradora providing that those defendants shall have sixty (60) days to serve an answer or other responsive pleading to the amended complaint once service of process has been made, pursuant to 28 U.S.C. § 1608(d). It is further, hereby

**ORDERED** that service of process on Defendants Rafael José Moreno Franco and Rosa María Jiménez Urrutia shall be effected by sending a copy of the summons, amended complaint and notice of suit, together with a translation of each into Spanish, by FedEx or DHL to the following address: Francisco de Miranda Avenue, Torres Cavendes, 14th floor, Office 14-03, Los Palos Grandes, Caracas, Venezuela. It is further, hereby

**ORDERED** that Exhibit 1 to the Declaration of Michael P. Socarras shall be deemed an exhibit to the amended complaint and served upon Defendants along with the amended complaint in the manner set forth above.

**SO ORDERED.**

Date: 22 October 2012

The Honorable Victor Marrero
United States District Judge



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SMITH ROCKE LTD.,

                Plaintiff,

v.

REPÚBLICA BOLIVARIANA DE VENEZUELA,
SUPERINTENDENCIA DE LAS INSTITUCIONES
DEL SECTOR BANCARIO f/k/a/
SUPERINTENDENCIA DE BANCOS Y OTRAS
INSTITUCIONES FINANCIERAS, FONDO DE
PROTECCIÓN SOCIAL DE LOS DEPÓSITOS
BANCARIOS f/k/a FONDO DE GARANTÍA DE
DEPOSITOS Y PROTECCIÓN BANCARIA,
RAFAEL JOSÉ MORENO FRANCO, ROSA
MARÍA JIMÉNEZ URRUTIA, and JUNTA
ADMINISTRADORA DE CREDICAN, C.A.,

                Defendants.

Civil Action No. 12-CV-7316 (VM)

**NOTICE OF MOTION
FOR ORDER DIRECTING
<u>SERVICE OF PROCESS ABROAD</u>**

---

PLEASE TAKE NOTICE that, upon the annexed Declaration of Michael P. Socarras, and the accompanying Memorandum of Law, Plaintiff Smith Rocke Ltd. shall move this Court before the Honorable Victor Marerro, U.S.D.J., at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York on October 15, 2012, for an order, pursuant to Fed. R. Civ. P. 4(f)(3) and the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1330, 1391, 1441, 1602-1611 ("FSIA"), directing the manner in which service of process abroad shall be executed in the above captioned case, and related relief pursuant to the attached Proposed Order.



Dated: October 12, 2012                                Respectfully submitted,

/s/ Michael P. Socarras

Michael P. Socarras
CHADBOURNE & PARKE, LLP
1200 New Hampshire Ave., N.W.
Washington, D.C. 20036
Tel:  202-974-5610
Fax:  202-974-6502
msocarras@chadbourne.com

*Attorneys for Plaintiff Smith Rocke Ltd.*

2