UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2012
```

Smith Rocke Ltd.

                              Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.:  12cv7316     (VM)

-v-

Republica Bolivariana de Venezuela et al.,

                              Defendant(s)

I hereby certify under the penalties of perjury that on 19th day of December, 20 12, I served:
(Please see attached paper)

[X] One copy of the Amended Complaint dated October 11, 2012, Summons, Notice of suit, Certified translation of each into the Spanish language, and Affidavit of Translator

by Fed Ex tracking# 8506 3938 0903 0402, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

[ ] One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

[ ] Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

[ ] One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
       December 19, 2012

RUBY J. KRAJICK
CLERK OF COURT

*Jeanine Viera-Santiago* (signature)
Print Name: Jeanine Viera-Santia
DEPUTY CLERK OF COURT

**Served to:**

Rosa Maria Jimenez Urrutia

Junta Administradora de Credican, C.A.

Av. Francisco de Miranda

Torre Cavendes, 14th Floor, Office 14-03

Los Palos Grandes

Caracas-Venezuela

# FedEx International Air Waybill

**1 From**

Date: 12/17/2012
Sender's FedEx Account Number: 0100-1827-6

Sender's Name: Marcelo Blackburn
Phone: 212-408-5284
Company: CHADBOURNE & PARKE LLP
Address: 30 ROCKEFELLER PLZ FL 34
City: NEW YORK
State/Province: NY
ZIP/Postal Code: 101112075

**2 To**

Recipient's Name: Rafael Jose Moreno Frangea
Company: Av. Francisco de Miranda
Address: Torre Cavendes, piso 14, Oficina 14-03
Address:
City: Caracas
State/Province:
ZIP/Postal Code:
Country: Venezuela

Recipient's Tax ID number for Customs purposes

**3 Shipment Information**

Total Packages: 1
Total Weight: — lbs / kg

Commodity Description: Documents only

Country of Manufacture: USA
Total Declared Value for Carriage: 1.00
Value for Customs: 1.00

**4 Express Package Service**
☒ FedEx Int'l Priority

**5 Packaging**
☒ FedEx Envelope

**6 Special Handling**

**7a Payment — Bill transportation charges to:**
☒ Sender

**7b Payment — Bill duties and taxes to:**
☒ Sender

**8 Your Internal Billing Reference:** 20333.005

**9 Required Signature**
[signature: M. Blackburn]

FedEx Tracking Number: 8506 3938 0903

Origin Station ID:
Destination Station ID:
URSA Routing: 0402

500

GBF 10/04