UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2012
```

Smith Rocke Ltd.

　　　　　　　　　　　Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: __12cv7316__ (VM)

-v-

Republica Bolivariana de Venezuela et al.,

　　　　　　　　　　　Defendant(s)

I hereby certify under the penalties of perjury that on 19th day of December, 20 12, I served:
(Please see attached paper)

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ One copy of the Amended Complaint dated October 11, 2012, Summons, Notice of Suit, Certified Translation of each in Spanish language, Affidavit of Translator

by Fed Tracking # 8506 3938 0914 0402, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
　　　　December 19, 2012

　　　　　　　　　　　RUBY J. KRAJICK
　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　_____
　　　　　　　　　　　Print Name: Jeanine Viera-Santia
　　　　　　　　　　　DEPUTY CLERK OF COURT

**Served to:**

Junta Administradora de Credican, C.A.

Av. Francisco de Miranda

Torre Cavendes, piso 14, Oficina 14-03

Los Palos Grande

Caracas, Venezuela

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

December 19, 2012

Junta Administradora de Credican, C.A.
Av. Francisco de Miranda
Torre Cavendes, piso 14, Oficina 14-03
Los Palos Grandes
Caracas, Venezuela

Re:   Smith Rocke LTD., v. Republicia Bolivariana de Venezuela et al.,
      12CV7316 (VM)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3), one copy of the following documents are being served on you on behalf of the Plaintiff in the above-referenced action which names your country and/or a government office as a defendant:

Summons
Amended Complaint dated October 11, 2012
Notice of Suit
Certified Translation of each into the Spanish language
Affidavit of Translator

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.

# FedEx® International Air Waybill

**1 From**

Date 12/17/2012  Sender's FedEx Account Number 0100-1822-6

Sender's Name: Marcelo Blackburn

Company: CHADBOURNE & PARKE LLP

Phone: 212 408-5584

Address: 30 ROCKEFELLER PLZ FL 31

City: NEW YORK   State/Province: NY   ZIP/Postal Code: 101201?4

Country: USA

**2 To**

Recipient's Name: Junta Administradora de Credican, C.A.

Company:

Address: Av. Francisco de Miranda

Torre Cavendes, piso 14, Oficina 14-03

Los Palos Grandes

City: Caracas   State/Province:   ZIP/Postal Code:

Country: Venezuela

Recipient's Tax ID number for Customs purposes

**3 Shipment Information**

Total Packages: 1   Total Weight: 1 lbs

Commodity Description: Documents only

Country of Manufacture: USA

Value for Customs: 1.00

Total Value for Customs: 100

**4 Express Package Service**
- [X] FedEx Intl. Priority

**5 Packaging**
- [X] FedEx Envelope

**6 Special Handling**
- [ ] HOLD at FedEx Location

**7a Payment Bill transportation charges to:**
- [X] Sender Acct No.

**7b Payment Bill duties and taxes to:**
- [ ] Sender

**8 Your Internal Billing Reference**: 20333.005

**9 Required Signature**

Sender's Signature: [signed]

FedEx Tracking Number: 8506 3938 0914

URSA Routing: 0402