UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2012
```

Smith Rocke Ltd.

                              Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: 12cv7316  (VM)

-v-

Republica Bolivariana de Venezuela et al.,

                            Defendant(s)

I hereby certify under the penalties of perjury that on 19th day of December, 20 12, I served: (Please see attached paper)

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☒ One copy of the Amended Complaint dated October 11, 2012, Summons, Notice of Suit Certified Translation of each in Spanish language, Affidavit of Translator

by Fed Ex tracking # 8506 3938 1016 0402, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
        December 19, 2012

RUBY J. KRAJICK
CLERK OF COURT

Print Name: Jeanine Viera-Santia
DEPUTY CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

December 19, 2012

Junta Administradora de Credican, C.A.
Av. Francisco de Miranda
Torre Cavendes, piso 14, Oficina 14-03
Los Palos Grandes
Caracas, Venezuela

Re:   Smith Rocke Ltd v. Republica Bolivariana de Venezuela et al.,
      12 CV 7316(VM)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(b)(3)(B), one copy of the following documents along is being served on you on behalf of the Plaintiff in the above-referenced action which names your agency an instrumentality of a Foreign State, as defendants:

Summons
Amended Complaint dated October 11, 2012
Notice of Suit
Certified Translation of each into Spanish language
Affidavit of Translator

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.

**Served to:**

Junta Administradora de Credican, C.A.

Av. Francisco de Miranda

Torre Cavendes, piso 14, Oficina 14-03

Los Palos Grande

Caracas, Venezuela

# FedEx International Air Waybill

**1 From**
Date: 12/18/2012
Sender's Name: Marcelo Blackburn
Sender's FedEx Account Number: 0100-1071-8
Company: CHADBOURNE & PARKE LLP
Phone: 212 408-5584
Address: 30 ROCKEFELLER PLZ FL 34
City: NEW YORK   State/Province: NY   ZIP: 10112012R
Country: USA

**2 To**
Recipient's Name: Av. Francisco de Miranda
Company: Junta Administradora de Credican, C.A.
Address: Torre Cavendes, 14th Floor, Office 14-03
Address (Dept/Floor):
City: Caracas
State/Province: Los Palos Grandes
Country: Venezuela

**3 Shipment Information**
Total Packages: 1
Commodity Description: Documents Only
Country of Manufacture: USA
Value for Customs: 1.00
Total Value for Customs: 1.00

**4 Express Package Service**
☒ FedEx Intl. Priority

**5 Packaging**
☒ FedEx Envelope

**6 Special Handling**

**7 Payment** Bill transportation charges to:
☒ Sender

**7b** Credit Card No.

**8 Your Internal Billing Reference**
20333.005

**9 Required Signature**

FedEx Tracking Number: 8506 3938 1016

Origin Station ID:
Destination Station ID: 0402