UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2012
```

Smith Rocke Ltd.

                                Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: __12cv7316__ (VM)

-v-

Republica Bolivariana de Venezuela et al.,

                              Defendant(s)

I hereby certify under the penalties of perjury that on 19th day of December, 20 12, I served:
(Please see attached paper)

☐ One copy of the _____
by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ One copy of the Amended Complaint dated October 11, 2012, Summons, Notice of Suit Certified Translation of each in Spanish language, Affidavit of Translator
by Fed Ex Tracking # 8506 3938 1027 0402, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____
by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____
by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
       December 19, 2012

RUBY J. KRAJICK
CLERK OF COURT

Print Name: Jeanine Viera-Santia
DEPUTY CLERK OF COURT

**Served to:**

Fondo de Proteccion Social de los Depositios Bancarios ("FOGADE")

Edificio Fondo de Proteccion Social de los Depositios Bancarios

Esquina San Jacinto

Caracas, Venezuela

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

December 19, 2012

Fondo de Proteccion Social de los Depositos Bancarios ("FOGADE")
Edificio Fondo de Proteccion Social de los Depositos Bancarios
Esquina San Jacinto
Caracas, Venezuela

Re:   Smith Rocke LTD., v. Republicia Bolivariana de Venezuela et al.,
      12CV7316 (VM)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3), one copy of the following documents are being served on you on behalf of the Plaintiff in the above-referenced action which names your country and/or a government office as a defendant:

Summons
Amended Complaint dated October 11, 2012
Notice of Suit
Certified Translation of each into the Spanish language
Affidavit of Translator

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.

# FedEx Express International Air Waybill

**1 From**
- Date: 12/18/2012
- Sender's FedEx Account Number: [account]
- Sender's Name: Marcelo Blackburn
- Phone: 212 408-5584
- Company: CHADBOURNE & PARKE LLP
- Address: 30 ROCKEFELLER PLZ FL 34
- City: NEW YORK
- State: NY
- Country: USA

**2 To**
- Recipient's Name: Fondo de Proteccion Social de los Depositos Bancarios ("FOGADE")
- Company: Edificio Fondo de Proteccion Social de los Depositos Bancarios
- Address: Esquina San Janinto
- City: Caracas
- Country: Venezuela

**3 Shipment Information**
- Total Packages: 1
- Total Weight: 1.00 lbs
- Commodity Description: Documents Only
- Country of Manufacture: USA
- Total Declared Value: 1.00
- Total Value for Customs: 1.00

**4 Express Package Service**
- ☒ FedEx Int'l Priority

**5 Packaging**
- ☒ FedEx Envelope

**6 Special Handling**

**7 Payment — Bill transportation charges to:**
- ☒ Sender

**7b Payment — Bill duties and taxes to:**
- ☒ Recipient

**8 Your Internal Billing Reference:** 20333.005

**9 Required Signature** (signed)

FedEx Tracking Number: 8506 3938 1027

URSA Routing: 0402

Manifest Billing Copy