UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2012

Smith Rocke Ltd.

                              Plaintiff(s)        **CERTIFICATE OF MAILING**

Case No.: __12cv7316__ (VM)

-v-

Republica Bolivariana de Venezuela et al.,

                              Defendant(s)

I hereby certify under the penalties of perjury that on 19th day of December, 20 12, I served: (Please see attached paper)

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☒ One copy of the Amended Complaint dated October 11, 2012, Summons, Notice of Suit Certified Translation of each in Spanish language, Affidavit of Translator

by Fed Ex tracking # 8506 3938 0958, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated:** New York, New York
       December 19, 2012

                                        RUBY J. KRAJICK
                                        CLERK OF COURT

                                        Print Name: Jeanine Viera-Santia
                                        DEPUTY CLERK OF COURT

**Served to:**

Superintendencia de las Instituciones del Sector Bancario

("SUDEBAN")

Av. Francisco de Miranda

Urbanizacion La Carlota, Edifico SUDEBAN

Municipio Sucre del Estado Miranda

Apartado postal 6761

Codigo postal 1071

Venezuela

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

December 19, 2012

Superintendencia de las Instituciones del Sector Bancario
("SUDEBAN")
Av. Francisco de Miranda
Urbanizacion La Carlota, Edifico SUDEBAN
Municipio Sucre del Estado Miranda
Apartado postal 6761
Codigo postal 1071
Venezuela

Re:   Smith Rocke Ltd v. Republica Bolivariana de Venezuela et al.,
      12 CV 7316(VM)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(b)(3)(B), one copy of the following documents along is being served on you on behalf of the Plaintiff in the above-referenced action which names your agency an instrumentality of a Foreign State, as defendants:

Summons
Amended Complaint dated October 11, 2012
Notice of Suit
Certified Translation of each into Spanish language
Affidavit of Translator

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.

# FedEx International Air Waybill
Express

**1 From**
Date: 12/18/2012
Sender's FedEx Account Number: 0100-1822-4
Sender's Name: Marcelo Blackburn
Phone: 212 408-5584
Company: CHADBOURNE & PARKE LLP
Address: 30 ROCKEFELLER PLZ FL 31
City: NEW YORK
State/Province: NY
ZIP/Postal Code: 10112-0125
Country: USA

**2 To**
Recipient's Name: Superintendencia de las Instituciones del Sector Bancario ("SUDEBAN")
Company: Av. Francisco de Miranda
Address: Urbanizacion la Carlota, Edificio SUDEBAN, Municipio Sucre del Estado Miranda
Address: Apartado postal 6761
City:
State/Province:
ZIP/Postal Code: 1071
Country: Venezuela

**3 Shipment Information**
Total Packages: 1
Total Weight: 
Commodity Description: Documents Only
Country of Manufacture: USA
Value for Customs: 1.00
Total Declared Value for Carriage: 1.00
Total Value for Customs: 1.00

**4** [X] FedEx Int'l Priority

**5 Packaging** [X] FedEx Envelope

**7 Payment** [X] Sender

**8 Your Internal Billing Reference:** 20333.005

**9 Required Signature**

FedEx Tracking Number: 8506 3938 0958 0402