UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2012
```

Smith Rocke Ltd.

                      Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: 12cv7316  (VM)

-v-

Republica Bolivariana de Venezuela et al.,

                      Defendant(s)

I hereby certify under the penalties of perjury that on 19th day of December, 20 12, I served:
(Please see attached paper)

[X] One copy of the Amended Complaint dated October 11, 2012, Summons, Notice of suit, Certified translation of each into the Spanish language, and Affidavit of Translator

by Fed Ex tracking# 8506 3938 0899 0402, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

[ ] One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

[ ] Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

[ ] One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
       December 19, 2012

RUBY J. KRAJICK
CLERK OF COURT

*[signature]*
Print Name: Jeanine Viera-Santia
DEPUTY CLERK OF COURT

**Served to:**

Rafael Jose Moreno Franco

Junta Administradora de Credican, C.A.

Av. Francisco de Miranda

Torre Cavendes, 14th Floor, Office 14-03

Los Palos Grandes

Caracas-Venezuela

# FedEx International Air Waybill

**1 From**
Date: 12/17/2012
Sender's FedEx Account Number: 0100-1822-6
Sender's Name: Marcelo Blackburn
Company: CHADBOURNE & PARKE LLP
Phone: 212 408-5584
Address: 30 ROCKEFELLER PLZ fl 34
City: NEW YORK
State: NY

**2 To**
Recipient's Name: Rosa Maria Jimenez Urrutia
Company: 
Address: Av. Francisco de Miranda, Torre Cavendes, piso 14, Oficina 14-06
Address: Los Palos Grandes
Country: Venezuela
City: Caracas

**3 Shipment Information**
Commodity Description: Documents only
Country of Manufacture: USA
Value for Customs: 1.00
Total Value for Customs: 1.00

**4 Express Package Service**
☒ FedEx Intl Priority

**5 Packaging**
☒ FedEx Envelope

**7 Payment Bill transportation charges to:**
☒ Sender

**7b Payment Bill duties and taxes to:**
☒ Recipient

**8 Your Internal Billing Reference:** 20333.005

**9 Required Signature**

FedEx Tracking Number: 8506 3938 0899 0402