UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMITH ROCKE LTD., <br>        Plaintiff, <br>    v. <br><br> REPÚBLICA BOLIVARIANA DE VENEZUELA, SUPERINTENDENCIA DE LAS INSTITUCIONES DEL SECTOR BANCARIO f/k/a/ SUPERINTENDENCIA DE BANCOS Y OTRAS INSTITUCIONES FINANCIERAS, FONDO DE PROTECCIÓN SOCIAL DE LOS DEPÓSITOS BANCARIOS f/k/a FONDO DE GARANTÍA DE DEPOSITOS Y PROTECCIÓN BANCARIA, RAFAEL JOSÉ MORENO FRANCO, ROSA MARÍA JIMÉNEZ URRUTIA, and JUNTA ADMINISTRADORA DE CREDICAN, C.A., <br><br>        Defendants. | Civil Action No. 12-CV-7316 (LGS) |

## DECLARATION OF ARIEL MEYERSTEIN

I, Ariel Meyerstein, being of legal age and pursuant to 28 U.S.C. § 1746, hereby declare as follows, based on my own personal knowledge:

1.   I am an attorney admitted *pro hac vice* to practice before this Court and admitted and licensed to practice in the state of New York.

2.   I am associated with the law firm of Chadbourne & Parke LLP ("Chadbourne & Parke"), counsel of record for Plaintiff Smith Rocke Ltd.

3.   A certified translation as well as a true and correct copy of the February 15, 2011 decree, which became effective July 15, 2011, appointing Rafael José Moreno Franco and Rosa María Jiménez Urrutia as administrators of Credican C.A. is attached hereto as Exhibit 1.

4. A true and correct copy of the email communication Chadbourne and Parke received from Rosa María Jiménez Urrutia, on behalf of the Junta Adminstradora, on June 1, 2012 is attached hereto as Exhibit 2.

5. A true and correct copy of the letter sent by the Members of the Board of Liquidators of Defendant FOGADE for the Liquidation of Banco Canarias de Venezuela, Banco Universal, C.A. on August 24, 2012 to Hon. James Peck, United States Bankruptcy Judge is attached hereto as Exhibit 3.

6. A true and correct copy of the email communication sent by the Junta to, among others, Chadbourne and Parke and counsel for the plan administrator in *In re Lehman Brothers Holdings Inc., et al*., No. 08-13555 (JMP) (S.D.N.Y.) on September 16, 2012 is attached hereto as Exhibit 4.

7. A certified translation of, as well as a true and correct copy of the assignment and sale of Lehman note XS0258731909 from Banco Canarias to Credican, dated December 30, 2008 is attached hereto as Exhibit 5.

8. A certified translation of, as well as a true and correct copy of the assignment and sale of Lehman note XS0295087042 from Banco Canarias to Credican, dated March 26, 2009 is attached hereto as Exhibit 6.

9. A certified translation of, as well as a true and correct copy of the modified assignment and sale of Lehman note XS0295087042 from Banco Canarias to Credican, dated May 20, 2009 is attached hereto as Exhibit 7.

10. A certified translation of, as well as a true and correct copy of SUDEBAN's approval of these transactions by official letter, dated December 24, 2008, is attached hereto as Exhibit 8.

11. Copies of the digital signature receipts indicating date and address delivered, from Federal Express with respect to each of the Summonses and Complaints served on the various defendants by the Clerk of the Court pursuant to Judge Marrero's December 10, 2012 Order Directing Service Abroad, are attached hereto as Exhibit 9.

Dated: June 13, 2013

        Respectfully submitted,

        /s/ Ariel Meyerstein

        Ariel Meyerstein
        CHADBOURNE & PARKE, LLP
        30 Rockefeller Plaza
        New York, NY 10112
        Tel:  212.408.5100
        Fax:  646.710.8050
        ameyerstein@chadbourne.com